

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

January 3, 2024

No. 04-23-01092-CV

**IN RE RIVER SUB, LTD.** d/b/a Subway, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: January 3, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On December 22, 2023, relator filed a petition for writ of mandamus and a related emergency motion to stay. After considering the petition, the motion to stay, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied and the motion to stay is denied as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021-CI-15278, styled *Maribel Lerma, Individually and as Representative of the Estate of Marisela Cadena, Deceased, Antonio Lerma Jr, Maricela Lerma, and Marissa Lerma v. River Sub. Ltd. d/b/a Subway*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza, presiding.